# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **AMANDA BAGLEY** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 3:24-cv-806-HTW-LGI** |
| **HINDS COUNTY, MISSISSIPPI ET AL** | **DEFENDANTS** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff. AMANDA BAGLEY, by and through undersigned counsel, hereby voluntarily dismisses this action without prejudice. Plaintiff would submit to the Court the following:

1. Defendants have not been served with process, and no responsive pleading or motion for summary judgment has been filed in this matter.

2. Counsel has been unable to locate or communicate with Plaintiff, who is currently unhoused, following her discharge from custody at the Hinds County Detention Center.

3. As a result, undersigned counsel has had to terminate representation.

4. Accordingly, Plaintiff respectfully requests to dismiss this action without prejudice, reserving the right to refile should circumstances permit.

FOR THESE REASONS, Plaintiff respectfully requests this honorable Court to dismiss this action without prejudice.

DATED: March 3, 2025

> **DISABILITY RIGHTS MISSISSIPPI**
> **ATTORNEY FOR PLAINTIFF**
>
> *Greta K. Martin*
> Greta Kemp Martin, MSB# 103672
> Disability Rights Mississippi

## CERTIFICATE OF SERVICE

I, undersigned counsel of record, do hereby certify that a true and correct copy of the foregoing has been filed with this Court's electronic filing system which automatically send notification to all attorneys of record.

DATED: March 3, 2025

                                               **DISABILITY RIGHTS MISSISSIPPI**
                                               **ATTORNEY FOR PLAINTIFF**

                                               */s/ Greta K. Martin*
                                               Greta Kemp Martin, MSB# 103672
                                               Disability Rights Mississippi
                                               5 Old River Place, Suite 101
                                               Jackson, Mississippi 39202
                                               Telephone: (601) 968-0600
                                               Facsimile: (601)968-0665
                                               gmartin@drms.ms